## CIRCUIT COURT OF THE CITY OF RICHMOND

United Virginia Bank, etc.

    v.

First and Merchants Nat. Bank

June 18, 1975

Case No. 6047

By JUDGE RICHARD L. WILLIAMS

After further consideration of this matter, I have concluded that the defendant's motion to dismiss for improper transfer puts this court in a position of having to exercise appellate jurisdiction over the Corporation Court of the City of Alexandria (now Circuit Court), an authority which we do not have.

Under § 8-157(a) of the Code of Virginia, 1950, as amended, this action was transferred to our court by Judge Wright after proper notice and a hearing. As I read subsection (a), the receiving judge has no authority to review the action of the transferring judge where the transfer is inter-circuit. The reverse seems to be true under subsection (b) where the transfer is intra-circuit. While the statute is titled removal, in application it seems to effect a transfer. Such a result is at least partially consistent with a definition of remove "in law" to transfer, as a cause, from one court to another by appeal or by change of venue.

For the above reason, the motion to dismiss for improper transfer is denied.